DAVID L. ANDERSON (CSBN 149604)
United States Attorney
DEBORAH STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER (CSBN 260690)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL ILAHI, | CIVIL NO. 3:18-cv-07684-WHO |
| Plaintiff, | STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision, including reevaluation of Plaintiff's mental impairments and an articulation of the agency's finding with regard to Plaintiff's level of education.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section

Answer, 3:18-cv-07684-WHO                1

205(g) of the Social Security Act. 42 U.S.C. § 405(g).

                                Respectfully submitted,

                                DAVID L. ANDERSON
                                United States Attorney

Dated: May 31, 2019                 By: */s/ Patrick William Snyder*
                                PATRICK WILLIAM SNYDER
                                Special Assistant United States Attorney

Dated: May 31, 2019                 By:*/s/ Paul Kim*
                                PAUL KIM
                                (as authorized via email on May 31, 2019)
                                Attorney at Law
                                Attorney for Plaintiff

Based on the parties' stipulation it is hereby ORDERED that this case is REMANDED to the Social Security Administration pursuant to the terms of the above stipulation.

IT IS SO ORDERED

DATED May 31, 2019               _____
                                  HONORABLE WILLIAM H. ORRICK
                                  UNITED STATED DISTRICT JUDGE